# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KIMSTELLA ANN BOLDEN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-733-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) filed July 23, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed September 27, 2011 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) is **GRANTED in part** and **DENIED in part.**

3. The Motion is **GRANTED** to the extent that the Court awards attorney's fees pursuant to the Equal Access to Justice Act to Plaintiff as the prevailing party, in the sum of $4,189.93. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge